No. 13–8011

IN THE UNITED STATES DISTRICT COURT
FOR THE SEVENTH CIRCUIT

---

JUSTIN D. REED,

Plaintiff–Respondent,

v.

NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation, dba NORFOLK SOUTHERN RAILWAY,

Defendant–Petitioner.

---

On Petition to Appeal from an Order of the United States District Court
for the Northern District of Illinois, Eastern Division
Case No. 12–cv–873
Hon. Sharon Johnson Coleman, Judge Presiding

_____

# RESPONDENT'S STATEMENT OF NO OPPOSITION TO PETITION FOR PERMISSION TO APPEAL

_____

Charles A. Collins
CHARLES A. COLLINS, P.A.
410 Labor & Professional Center
411 Main Street
St. Paul, Minnesota 55102
Telephone:  (651) 225-1125
Facsimile:   (651) 225-1153
Email:  <chas@qwestoffice.net>

One of the Attorneys for Plaintiff-Respondent Justin D. Reed

Justin D. Reed, Plaintiff in Case No. 1:12–cv–873, where permission for interlocutory appeal has been requested by Defendant–Petitioner Norfolk Southern Railway and Respondent in this Court, hereby states that he will not oppose the petition for interlocutory appeal, and leaves the matter to the sound discretion of the court. He believes that the issue should indeed be decided, and in as expeditious a manner as possible. Accordingly, he will not be filing a memorandum or other pleading in opposition to the Petition.

Plaintiff–Respondent does, however, wish to make clear that this statement of non-opposition is in no way intended to be, and should not be taken as, an endorsement of the facts and arguments advanced in the Petition. On the contrary, Respondent maintains that Petitioner is absolutely wrong on the merits, and wrong on much of the text in the Petition.

Respectfully submitted this 6th day of June, 2013

/s/ Charles A. Collins
Charles A. Collins
CHARLES A. COLLINS, P.A.
410 Labor & Professional Center
411 Main Street
St. Paul, Minnesota 55102
Telephone:  (651) 225-1125
Facsimile:   (651) 225-1153
Email:  <chas@qwestoffice.net>

One of the Attorneys for Plaintiff-Respondent Justin D. Reed

<u>CERTIFICATE OF SERVICE</u>

       I, one of the attorneys representing Respondent Justin D. Reed, hereby certify that I caused a copy of the foregoing document to be served on the attorney representing Petitioner Norfolk Southern Railway via email and via U.S. Post Office first-class mail, postage prepaid, to the addresses below on June 6, 2013:

James S. Whitehead
Sidley, Austin LLP
One South Dearborn
Chicago, Illinois 60601
<jwhitehead@sidley.com>

                                         <u>/s/ Charles A. Collins</u>
                                         Charles A. Collins
                                         Charles A. Collins, P.A.
                                         410 Labor & Professional Center
                                         411 Main Street
                                         St. Paul, Minnesota 55102
                                         Telephone:  (651) 225-1125
                                         Facsimile:   (651) 225-1153
                                         Email:  <chas@qwestoffice.net>